# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Petition of -- | ) | |
| | ) | |
| Watts-Granite, A Joint Venture | ) | ASBCA No. 59664-951 |
| | ) | |
| Under Contract No. N44255-10-C-8004 | ) | |

APPEARANCES FOR THE PETITIONER:    Peter N. Ralston, Esq.
Alix K. Schroeder, Esq.
  Oles Morrison Rinker & Baker, LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Richard A. Gallivan, Esq.
  Assistant Director

## DISMISSAL ORDER

On 5 November 2014, the contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on its claim. By letter dated 19 November 2014, government counsel informed the Board that the contracting officer issued a decision on 18 November 2014.

Accordingly, the Board dismisses this petition as moot.

Dated: 21 November 2014

_____
MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 59664-951, Petition of Watts-Granite, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals